UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR RIVERA,
                         Plaintiff,

-v-

ANDREW M. SAUL, *as Commissioner of Social Security*,
                         Defendant.

20-CV-5927 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      By separate Order today, the Court is referring this case to the assigned Magistrate Judge for a report and recommendation on any motion for judgment on the pleadings.  The current briefing schedule remains unchanged.

      Additionally, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C § 636(c), to conducting all further proceedings before a Magistrate Judge.

      If both parties consent to proceed before a Magistrate Judge, counsel for the defendant must, within two weeks of the date of this order, email to the chambers email address Oetken_NYSDChambers@nysd.uscourts.gov a fully executive Notice, Consent, and Reference of a Civil Action of a Civil Action to a Magistrate Judge form, a copy of which is available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.  If the court approves that form, all further proceedings will then be conducted before a Magistrate Judge rather than before me.

      If either party does not consent to conducting all further proceedings before a Magistrate Judge, the parties must file a joint letter, within two weeks after the date of this order, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties

1

who do not consent.  There will be no adverse consequences should the parties decide not to proceed before the Magistrate Judge.

    SO ORDERED.

Dated: April 5, 2021
      New York, New York

_____
J. PAUL OETKEN
United States District Judge