UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECTOR RIVERA,<br><br>   Plaintiff,<br><br>   -v-<br><br>ANDREW SAUL,<br>Commissioner Of Social Security,<br><br>   Defendant | Civil Action No. 20-cv-5927<br><br>**FINAL JUDGMENT** |

This matter having been REMANDED and DISMISSED by the Court upon stipulation of the parties pursuant to 42 U.S.C. § 405(g) and in conformity with Fed. R. Civ. P. 58,

IT IS, on this __30th__ day of _____June_____, 2021,

ORDERED and ADJUDGED that the within matter be, and hereby is REMANDED for further proceedings and DISMISSED.

_____
J. PAUL OETKEN
United States District Judge